BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RAMIREZ-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00424 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| ALEJO RAMIREZ-VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, June 29, 2009, at 1:30 p.m., be continued to Monday, August 17, 2009, at 1:30 p.m. The continuance is requested because defense investigation is ongoing and the parties require additional time to discuss matters related to possible settlement.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 6/26/09         _____/s/_____
                       LARA S. VINNARD
                       Assistant Federal Public Defender

Dated:  6/26/09        _____/s/_____
                       STEVEN SEITZ
                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALEJO RAMIREZ-VELASQUEZ,<br><br>        Defendant. | No. CR 08-00424 JW<br><br>[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |

The parties have jointly requested a continuance of the hearing set for June 29, 2009, because defense investigation is ongoing and the parties require additional time to discuss possible settlement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 29, 2009, be continued to August 17, 2009, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 29, 2009, to August 17, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  June 26, 2009

                                                          JAMES WARE<br>                                                          United States District Judge